**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1278**

---

LUIS CONTRERAS,

Plaintiff - Appellant,

versus

TESORO CORPORATION,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry C. Morgan, Jr., District Judge. (CA-01-429-2)

---

Submitted: May 16, 2002                    Decided: May 22, 2002

---

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Luis Contreras, Appellant Pro Se. Dean Taylor Buckius, Christopher Ambrosio, VANDEVENTER BLACK, L.L.P., Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Luis Contreras appeals the district court's orders dismissing his civil action alleging employment discrimination and motion to reconsider.  We have reviewed the record and the district court's opinions and find no reversible error.  Accordingly, we affirm on the reasoning of the district court. See Contreras v. Tesoro Corp., No. CA-01-429-2 (E.D. Va. Jan. 9, 2002; filed Feb. 11, 2002 & entered Feb. 12, 2002).  We deny Contreras' motion to strike the Appellee's informal brief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED